UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| WILLIAM E. LANGFORD, and ) | 06-61105 |
| KATHY M. LANGFORD, ) | |
| ) | |
| Debtor. ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT a hearing on the Objection to Claimed Exemptions (the "Objection") has been scheduled for:

    TIME:      9:30 A.M.

    DATE:      OCTOBER 19, 2006

    PLACE:    UNITED STATES BANKRUPTCY COURT
                    LYNCHBURG, VIRGINIA

A copy of the Motion is attached.

**Your rights may be affected**. If you do not want the Court to grant the relief requested in the Objection, then you must file a written response with the Court and serve a copy on the undersigned counsel.

If no response is timely filed, then counsel will tender an order to the Court granting the relief requested in the Objection and ask the Court to enter the order.

Date:  September 19, 2006                    Respectfully submitted,

                                                Andrew S. Goldstein, chapter 7 trustee for
                                                William E. Langford and
                                                Kathy M. Langford

                                                By: /s/ W. Joel Charboneau

Andrew S. Goldstein (VSB #28421)
W. Joel Charboneau  (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404

Roanoke, Virginia 24003-0404
Telephone: 540-343-9800
Facsimile: 540-343-9898
*Counsel for Andrew S. Goldstein*

## CERTIFICATE OF SERVICE

  I certify that on this 19th day of September, 2006, I served copies of the foregoing Notice of Hearing, with attached Objection, on the Debtors, Debtors' attorney, and the United States Trustee, by placing true and correct copies in properly addressed, stamped envelopes and placing the envelopes in a regular depository of the United States Postal Service.  I further certify that on this same date, I electronically filed the original with the United States Bankruptcy Court for the Western District of Virginia.

                /s/ W. Joel Charboneau